![Dentons logo]

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

September 1, 2022

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *Tucker v. Great Hudson Sailing Center, Inc.;* Case No. 1:22-cv-03644-KPF

Dear Judge Failla:

We represent Defendant Great Hudson Sailing Center, Inc. ("Defendant") in the above-referenced matter. Together with plaintiff Henry Tucker, we jointly and respectfully move the Court to adjourn *sine die* the initial conference currently scheduled for September 6, 2022 at 12:00 p.m. (Dkt. #10).

Accordingly the parties request that the Court so-order the proposed case management plan filed on August 29, 2022. (Dkt. #13).

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Application GRANTED. The initial pretrial conference in this case scheduled to take place on September 6, 2022, is hereby **ADJOURNED** *sine die*.  The Court will issue the case management plan under separate cover.

Dated:    September 1, 2022          SO ORDERED.
          New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE