UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HENRY TUCKER AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

                      Plaintiffs,

        against

GREAT HUDSON SAILING CENTER, INC

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:22-cv-03644-KPF

**STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE**

MEMO ENDORSED

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff HENRY TUCKER and Defendant GREAT HUDSON SAILING CENTER, INC, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        January 18, 2023

| THE MARKS LAW FIRM, P.C. | DENTONS US LLP |
|---|---|
| By: _____ | By: _____ |
| Bradly G. Marks | Karla Del Pozo García |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 155 East 55th St, Suite 4H | 1221 Avenue of the Americas |
| New York, NY 10022 | New York, NY 10020-1089 |
| (646) 770-3775 | 212 768 5328 |
| Brad@markslawpc.com | karla.delpozogarcia@dentons.com |

Case 1:22-cv-03644-KPF   Document 23   Filed 01/20/23   Page 2 of 2

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:     January 20, 2023          SO ORDERED.
           New York, New York

                                     *Katherine Polk Failla* (signature)

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE